[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10233
Non-Argument Calendar
_____

D.C. Docket No. 6:16-cr-00175-RBD-LRH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON FRANCISCO CASTILLO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 26, 2020)

Before ROSENBAUM, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, counsel for Ramon Francisco Castillo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Castillo's conviction and sentence are **AFFIRMED**.